IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LISA RODGERS, Individually, as Next Friends of Kylie Rodgers and Connor Rodgers, and as Personal Representative of the Estate of Celsey Lively, et al., § § § § § § § Plaintiffs, § § v. § § PGW AUTO GLASS, LLC, et al., § § § Defendants. § | Case No. 6:25-cv-427-JDK |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

On October 31, 2025, Defendant PGW Auto Glass, LLC ("PGW") removed this action from the 3rd Judicial District Court of Anderson County, Texas to federal court. Docket No. 1. Plaintiff then filed a second amended complaint adding the Estate of Alfred Velma, Jr., by and through its Temporary Administrator, Terry Thorn, who was appointed on November 24, 2025. Docket No. 7. Plaintiff also filed a motion to remand this action to state court, citing a lack of diversity jurisdiction based upon the newly-filed second amended complaint. Docket No. 4. On December 16, 2025, the Magistrate Judge issued a report recommending that the motion to remand be granted as the court lacks subject matter jurisdiction. Docket No. 9. Defendant PGW filed an advisory to the court, citing no objection to the report and indicating that it was not opposed to remand given the filing of the second amended complaint. Docket No. 10.

1

Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Report (Docket No. 9) is **ADOPTED**. Plaintiff's motion to remand (Docket No. 4) is **GRANTED**. This action is **REMANDED** to the 3rd Judicial District Court, Anderson County, Texas.

So **ORDERED** and **SIGNED** this **23rd** day of **December, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE